FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 DEC -1 AM 11:00

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MALIK ABDUL KHALLIS,                )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )     CASE NO. CV414-104
                                    )
MAYOR AND ALDERMAN OF CITY OF       )
SAVANNAH,                           )
                                    )
        Defendant.                  )
_____)

## O R D E R

Before the Court is the parties' Amended Stipulation of Dismissal. (Doc. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by the parties by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and all parties shall bear their own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this /ST day of December 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA